LUCY COTTON, APPELLANT, V. BEN COTTON, APPELLEE.

FILED OCTOBER 17, 1930. No. 27090.

*George B. Thummel,* for appellant.

*Crossman, Munger & Barton, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an action by a divorced wife to collect from her former husband certain instalments of alimony accruing over a period of years and alleged to be delinquent. The district court for Douglas county found for defendant and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

THOMPSON, J., dissents.